UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

---

UNITED STATES OF AMERICA,　　　　　　　　Case No. 15-cr-108-pp

　　　　　Plaintiff,

v.

DERON GILBERT,
a/k/a Gary Gilbert,

　　　　　Defendant.

---

**ORDER GRANTING DEFENDANT'S MOTION TO EXTEND DEADLINE TO SELF-SURRENDER (DKT. NO. 531)**

---

At the defendant's sentencing, the court allowed him to self-surrender to his designated location, on the date set by his supervising agent. The defendant's probation agent gave the defendant a deadline of January 30, 2018 by which to surrender to his designated facility.

On January 25, 2018, the court received a letter from the defendant. Dkt. No. 531. The letter indicates that the defendant has to have surgery before he surrenders. It indicates that the defendant tried to contact his lawyer, but his lawyer did not respond, so he filed the letter himself. Id. The defendant attached a letter from Dr. Kathleen L. Lak at Froedert, indicating that the defendant had been seen in the general surgery clinic on January 25, 2018, and that he needed surgery. The letter also stated that "[w]e will work to schedule a surgical date in the next month." Id. at 2.

The next day, the defendant's attorney wrote the court to indicate that he had, in fact, responded to the defendant's contacts. Dkt. No. 532. Counsel reported that the defendant had called him on January 18, 2018 to ask about getting an extension of his self-surrender date. Counsel's legal assistant had returned the call and relayed the message that the defendant should get a letter from his doctor, and should bring that letter (and a payment against his legal fees) to his lawyer's office on January 22, 2018. Counsel stated that he had not heard from the defendant since the defendant had called on January 18. <u>Id.</u>

The court will grant the defendant's request for an extension of the surrender date. The court notes, however, that the defendant doesn't yet have a date for the surgery, and the court has no idea how long it may take him to recover.

The court **GRANTS** the defendant's *pro se* motion for an extension of his surrender date. Dkt. No. 531. The court **ORDERS** that the defendant shall self-surrender to his designated facility any time after March 16, 2018, as instructed by his supervising agent. The court **ORDERS** that all the terms and conditions of the defendant's pretrial release remain in effect until the date of his surrender. The court **ORDERS** that the defendant shall provide his supervising agent with the date and time of his surgery within twenty-four (24) hours of the date he finds out that information. The court also **ORDERS** that the defendant shall provide his supervising agent with the location of where his

surgery will be performed, and any information he receives from his doctor or the surgeons about how long it will take him to recover.

Dated in Milwaukee, Wisconsin this 29th day of January, 2018.

BY THE COURT:

_____
**HON. PAMELA PEPPER**
**United States District Judge**